IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF TEXAS

Cause No: 3-21-CV-00805-K-BT

Joe Hunsinger
  Plaintiff

v.

W STREETS LLC.
Defendant



## NOTICE OF SETTLEMENT

COMES NOW the Plaintiff, hereby states as follows:

1. The Plaintiff and the Defendant **W STREETS LLC.** have reached a settlement.

2. An Order of Dismissal will be filled with the court once settlement terms have been completed by the Parties.

Submitted June 18, 2021

_____
Joe Hunsinger
7216 CF Hawn Frwy.
Dallas, Texas 75217
Joe75217@gmail.com
214-682-7677

## CERTIFICATE OF SERVICE

I hereby certify that service to Defendant or opposing counsel will be accomplished by the CM/ECF system or regular mail.

_____
Joe Hunsinger
7216 CF Hawn Frwy.
Dallas, Texas 75217
Joe75217@gmail.com
214-682-7677



NORTH TEXAS TX P&DC
DALLAS TX 750
18 JUN 2021 PM 3 L

RECEIVED - 7

JUN 22 2021

MAILROOM

Federal Court
1100 Commerce St # 1452
Dallas, TX 75242

Joe Hunsinger
7216 CF Hawn Frwy.
Dallas, Texas 75217