# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF TEXAS

Joe Hunsinger
  Plaintiff

v.

W STREETS LLC.
Defendant

Cause No: **3-21-CV-00805-K=BT**



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUL - 6 2021
CLERK, U.S. DISTRICT COURT
By_____ Deputy

# MOTION TO DISMISS
# WITH PREJUDICE

COMES NOW the Plaintiff, hereby stipulates to dismiss this civil action **with Prejudice**.

July 1, 2021

_____
Joe Hunsinger
7216 CF Hawn Frwy.
Dallas, Texas 75217
Joe75217@gmail.com
214-682-7677

## CERTIFICATE OF SERVICE

I hereby certify that service to Defendant or opposing counsel will be accomplished by the CM/ECF system or regular mail.

_____
Joe Hunsinger
7216 CF Hawn Frwy.
Dallas, Texas 75217
Joe75217@gmail.com
214-682-7677

Joe Hunsinger
7216 CF Hawn Frwy.
Dallas, Texas 75217

NORTH TEXAS TX P&DC
DALLAS TX 750
30 JUN 2021 PM 2 L

RECEIVED - 8

JUL - 6 2021

Federal Court
1100 Commerce St # 1452
Dallas, TX 75242

FOREVER / USA